Ex parte Alers et al., Peticionarios y Apelantes, y El Pueblo, Opositor y Apelado.

Apelacion procedente de la Corte de Distrito de Aguadilla en un recurso sobre *habeas corpus.*

No. 822.—Resuelto en abril 9, 1915.

Habeas Corpus—Corroboración del Cómplice.—Si la declaración del cómplice está o nó suficientemente corroborada, es cuestión para decidir en el juicio y no en una solicitud de *habeas corpus,* mediante cuyo auto no debe ponerse en libertad a una persona, sino cuando haya carencia absoluta de evidencia para justificar su detención.

Los hechos están expresados en la opinión.

Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*

Los apelantes no comparecieron.

El Juez Asociado Sr. Aldrey, emitió la opinión del tribunal.

Felipe Alers, Faustino Morales y Remigio Esteves se hallan detenidos en la cárcel de distrito de Aguadilla por el

delito de incendio malicioso, y en tal situación acudieron en 27 de febrero último al Tribunal de Distrito de Aguadilla solicitando la expedición de un auto de *habeas corpus,* y que por virtud de él se les excarcelara porque no hay causa razonable o probable para su detención. Expedido el auto por el juez ·tuvo lugar su vista el mismo día, compareciendo los peticionarios en persona y por su abogado, y el Fiscal de aquel distrito en representación de El Pueblo de Puerto Rico, presentando éste como prueba de que había causa para la detención, a más de su propia declaración cuyos extremos no constan en la transcripción que hemos recibido, la de los testigos Ramón Ramírez y Juan González Avilés y, habiendo el juez del tribunal inferior desestimado la solicitud de *habeas corpus,* los peticionarios apelaron de ella, habiéndose recibido las diligencias en este tribunal el 11 de marzo pasado, celebrándose la vista el día 23 del mismo mes, sin que los apelantes presentaran en este tribunal alegaciones escritas ni orales.

Del examen de las diligencias que tenemos presente resulta, según la declaración de Ramón Ramírez, que él y tres peticionarios prendieron fuego a las cañas de la ''Hacienda Casualidad,'' cerca de la ''Central Córsica''; que lo verificaron por la noche en distintos sitios de la plantación; que Remigio Esteves (*a*) Faño compró unas velas antes del incendio y las prendió en los cañaverales. La declaración de Juan González es referente a que en el sitio indicado hubieron la misma noche incendios de caña en distintos sitios de la ''Hacienda Casualidad'' y que vió a un hombre, a quien no pudo conocer pero cuya manera de vestir describió, que estaba encendiendo unos cabos de vela en los cañaverales.

Aunque se concediera que la declaración de Ramón Ramírez, por ser la de un cómplice, no es por sí sola bastante para decidir que exista causa probable para la detención de una persona como co-autor del mismo delito, entendemos que, corroborada en algunos extremos por Juan González Avilés, según aparece de los particulares por él declarados, no puede

sostenerse que los peticionarios estén detenidos sin causa alguna probable de la comisión del delito que se les imputa. Si la declaración del cómplice está o nó suficientemente corroborada para con ella poder declarar culpable a los peticionarios es cuestión para decidir en el juicio y no en una solicitud de *habeas corpus* mediante cuyo auto no debe ponerse en libertad a una persona sino cuando haya carencia absoluta de evidencia para justificar su detención.

En vista de lo expuesto y sin considerar más esta cuestión ya que los mismos peticionarios han abandonado su derecho de exponernos por qué la evidencia presentada por el Fiscal no era bastante para justificar la resolución de la corte inferior, podemos sostener ésta y declarar sin lugar el recurso.

*Confirmada la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Hutchison.